# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, ET AL.,** : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> **PETER J. CORDUA, ET AL.,** : <br> Defendants. : | **CIVIL ACTION** <br><br> **NO. 07-518** |

## ORDER

**AND NOW**, this _____ day of March, 2010, upon consideration of Plaintiffs' Motion to Compel Defendant D'Amico to Amend his Answers to Plaintiffs' Second Set of Requests for Admissions (Doc. 73) and the Response in Opposition thereto filed by Defendants D'Amico and United Cut Rate Store, Inc. (Doc. 77), and pursuant to Federal Rule of Civil Procedure 36(a)(6),

**IT IS HEREBY ORDERED AND DECREED** that Plaintiffs' Motion is **GRANTED in part**.

**IT IS FURTHER ORDERED** that:

1. Defendants responses to requests 2, 4 and 6 were sufficient. Plaintiffs' Motion to Compel an amended response to those Requests for Admissions is **DENIED**.

2. Defendants responses to requests 1, 3, 5, 7, 9, 11, 13, 15, 17, 19, and 21 failed to comply with Federal Rule of Civil Procedure 36. Plaintiffs' Motion to Compel an amended response to those Requests for Admissions is **GRANTED**. Defendants shall serve amended answers to requests 1, 3, 5, 7, 9, 11, 13, 15, 17, 19, and 21 **within ten (10) days** from the date of this Order.

                                           **BY THE COURT:**

                                           **Petrese B. Tucker**

                                           _____
                                           **Hon. Petrese B. Tucker, U.S.D.J.**