# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, ET AL.,** : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> **PETER J. CORDUA, ET AL.,** : <br> Defendants. : | **CIVIL ACTION** <br><br> **NO. 07-518** |

## ORDER

**AND NOW**, this ____ day of December, 2011, upon consideration of Defendant Peter J. Cordua's Motion for Summary Judgment (Doc. 93), Defendants' Martin D'Amico and United Cut Rate Store, Inc., (collectively "United") (Doc. 94) Motion for Summary Judgment, Plaintiffs' Response (Doc. 98 and 99), Defendants' Reply (Doc. 102 and 103), and Plaintiffs' Sur-reply (Doc. 109 and 110), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **GRANTED** as it pertains to Plaintiffs' constructive fraud claims only. The motion is **DENIED** as to all other claims.

BY THE COURT:

_____
**Hon. Petrese B. Tucker, U.S.D.J.**