

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STATE FARM MUTUAL AUTOMOBILE :
INSURANCE COMPANY, ET AL., :
    Plaintiffs, : FILED
                      : DEC 2 2011  CIVIL ACTION
    v. : MICHAEL E. KUNZ, Clerk  NO. 07-518
                      :         Dep. Clerk
PETER J. CORDUA, ET AL., :
    Defendants. :

## ORDER

AND NOW, this 2nd day of December, 2011, upon consideration of Defendant Peter J. Cordua's Motion for Summary Judgment (Doc. 93), Defendants' Martin D'Amico and United Cut Rate Store, Inc., (collectively "United") (Doc. 94) Motion for Summary Judgment, Plaintiffs' Response (Doc. 98 and 99), Defendants' Reply (Doc. 102 and 103), and Plaintiffs' Sur-reply (Doc. 109 and 110), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **GRANTED** as it pertains to Plaintiffs' constructive fraud claims only. The motion is **DENIED** as to all other claims.

BY THE COURT:

/s/ Petrese B. Tucker
Hon. Petrese B. Tucker, U.S.D.J.